## ▆▆▆▆ JOSETTE LARIVIERE *versus* JOSEPH CAMPAU (GABRIEL CHENE, ADMINISTRATOR, ETC., OF JO-SETTE LARIVIERE, *versus* JOSEPH CAMPAU).

JOURNAL ENTRIES (1827–28): *Journal 4:* (1) Rule to assign errors *p. 130; (2) continued *p. 165; (3) argued, submitted *p. 194; (4) judgment reversed *p. 209.

PAPERS IN FILE: (1) Affidavit and petition for writ of error, allocatur; (2) precipe for writ of error; (3) writ of error and return; (4) assignment of errors; (5) joinder in error; (6) list of defendant's witnesses in county court.

*1824–36 Calendar*, MS p. 135. Recorded in *Book C*, MS pp. 169–74.